People v Gunn (2025 NY Slip Op 00618)

People v Gunn

2025 NY Slip Op 00618

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025

PRESENT: LINDLEY, J.P., SMITH, GREENWOOD, NOWAK, AND KEANE, JJ. (Filed Jan. 31, 2025.) 

MOTION NO. (1568/06) KA 05-00836.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
DARRELL GUNN, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.